IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

20-20364

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| **Tasha Marie McKenzie** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | |
| **Tasha Marie McKenzie** | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I,   **Albert G. Reese, Jr., Esquire 93813**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Albert G. Reese, Jr., Esquire**  
Signature  
**Albert G. Reese, Jr., Esquire 93813**  
Typed Name  
**640 Rodi Road, 2nd Floor, Suite 2**  
**Pittsburgh, PA 15235**  
Address  
**412-241-1697 Fax:412-241-1687**  
Phone No.  
**93813 PA**  
List Bar I.D. and State of Admission

20-20364

Aas Debt Recovery In
Pob 129
Monroeville, PA 15146

Allegent Community Fcu
1001 Liberty Ave Ste 100
Pittsburgh, PA 15222

Cap1/Justice
Capital One Retail Srvs/Attn: Bankruptcy
Po Box 30258
Salt Lake City, UT 84130

Clearview Federal Credit Union
Attn: Bankruptcy
1453 Beers School Road
Coraopolis, PA 15108

Cnac - In101
12802 Hamilton Crossing Blvd.
Carmel, IN 46032

Cnac - Pa112
1561 West Liberty
Pittsburgh, PA 15216

Comenity Bank/Dress Barn
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Jared
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218

ComenityBank/Venus
Attn: Bankruptcy Dept
Po Box 182273
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

ECMC
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

Equiant/Thousand Trails
Attn: Bankruptcy
5401 N Pima Rd, Ste 150
Scottsdale, AZ 85250

20-20364

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

HC Processing Center
Attention Bankruptcy
Po Box 708970
Sandy, UT 84070

JB Robinson/Sterling Jewelers
Attn: Bankruptcy
375 Ghent Rd
Akron, OH 44333

Monterey Collection Services
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056

Monterey Financial Svc
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056

Petland/Comenity
Attn: Bankruptcy
Po Box 183043
Columbus, OH 43218

PNC Bank
Attn: Bankruptcy
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101

Pnc Mortgage
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7  601 Penn St
Reading, PA 19601

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7  601 Penn St
Reading, PA 19601

20-20364

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hilss, MI 48333

United Consumer Financial Services
Attn: Bankruptcy
865 Bassett Rd
Westlake, OH 44145

Uplift, Inc.