# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: admin | Date Created: 02/03/2020 |
| Case: 20–20364–JAD | Form ID: 154A | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15192396    Uplift, Inc.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
aty     Albert G. Reese, Jr.     areese8897@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Tasha Marie McKenzie     111 Lycoming Drive     Coraopolis, PA 15108
15192371    Aas Debt Recovery In     Pob 129     Monroeville, PA 15146
15192372    Allegent Community Fcu     1001 Liberty Ave Ste 100     Pittsburgh, PA 15222
15192373    Cap1/Justice     Capital One Retail Srvs/Attn: Bankruptcy     Po Box 30258     Salt Lake City, UT 84130
15192374    Clearview Federal Credit Union     Attn: Bankruptcy     1453 Beers School Road     Coraopolis, PA 15108
15192375    Cnac – In101     12802 Hamilton Crossing Blvd.     Carmel, IN 46032
15192376    Cnac – Pa112     1561 West Liberty     Pittsburgh, PA 15216
15192377    Comenity Bank/Dress Barn     Attn: Bankruptcy     Po Box 182125     Columbus, OH 43218
15192378    Comenity Bank/Jared     Attn: Bankruptcy     Po Box 182273     Columbus, OH 43218
15192379    ComenityBank/Venus     Attn: Bankruptcy Dept     Po Box 182273     Columbus, OH 43218
15192380    Credit One Bank     Attn: Bankruptcy Department     Po Box 98873     Las Vegas, NV 89193
15192381    ECMC     Attn: Bankruptcy     111 Washington Ave South, Ste 1400     Minneapolis, MN 55401
15192382    Equiant/Thousand Trails     Attn: Bankruptcy     5401 N Pima Rd, Ste 150     Scottsdale, AZ 85250
15192383    Fingerhut     Attn: Bankruptcy     Po Box 1250     Saint Cloud, MN 56395
15192384    HC Processing Center     Attention Bankruptcy     Po Box 708970     Sandy, UT 84070
15192385    JB Robinson/Sterling Jewelers     Attn: Bankruptcy     375 Ghent Rd     Akron, OH 44333
15192386    Monterey Collection Services     Attn: Bankruptcy     4095 Avenida De La Plata     Oceanside, CA 92056
15192387    Monterey Financial Svc     Attn: Bankruptcy     4095 Avenida De La Plata     Oceanside, CA 92056
15192389    PNC Bank     Attn: Bankruptcy     Po Box 94982: Mailstop Br–Yb58–01–5     Cleveland, OH 44101
15192388    Petland/Comenity     Attn: Bankruptcy     Po Box 183043     Columbus, OH 43218
15192390    Pnc Mortgage     Attn: Bankruptcy     3232 Newmark Drive     Miamisburg, OH 45342
15192391    Portfolio Recovery     Attn: Bankruptcy     120 Corporate Blvd     Norfold, VA 23502
15192393    Santander Consumer USA     Attn: Bankruptcy     10–64–38–Fd7 601 Penn St     Reading, PA 19601
15192392    Santander Consumer USA     Attn: Bankruptcy     10–64–38–Fd7 601 Penn St     Reading, PA 19601
15192394    Td Auto Finance     Attn: Bankruptcy     Po Box 9223     Farmington Hilss, MI 48333
15192395    United Consumer Financial Services     Attn: Bankruptcy     865 Bassett Rd     Westlake, OH 44145

TOTAL: 26