IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 20-20364-JAD |
| Tasha Marie McKenzie | ) | |
|     Debtor | ) | |
| | ) | Chapter 13 |
| | ) | |
| Tasha Marie McKenzie | ) | |
|     Movant | ) | Related to Doc. No. 21 |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## ORDER OF COURT

Counsel's Motion Requesting an Extension of Time to file a completed Chapter 13 Petition is **GRANTED**. It is hereby **ORDERED, ADJUDGED**, and **DECREED** that the time for filing the completed Chapter 13 Petition is extended to **March 27, 2020**.

Dated: March 23, 2020

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Tasha Marie McKenzie
    Albert J. Reese, Jr., Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
3/23/20 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tasha Marie McKenzie  
    Debtor

Case No. 20-20364-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 23, 2020  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.  
db         +Tasha Marie McKenzie,   111 Lycoming Drive,   Coraopolis, PA 15108-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:

        Albert G. Reese, Jr.    on behalf of Debtor Tasha Marie McKenzie areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com  
        James Warmbrodt    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National Association bkgroup@kmllawgroup.com  
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                     TOTAL: 6