# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 20-20364-JAD |
| | ) | |
| Tasha Marie McKenzie | ) | Chapter 13 |
|   Debtor | ) | |
| | ) | Doc. No.: |
| Tasha Maria McKenzie | ) | |
|   Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|   Respondent | ) | |

## AFFIDAVIT OF INCOME

I, Tasha Marie McKenzie, hereby certify that the information I have provided to my Attorney is accurate to the best of my knowledge.

1. I, Tasha Marie McKenzie, am currently self-employed and my monthly income is $4,500.00 per month.

2. I have submitted to my attorney all documentary proof of income from all sources I have in my possession. I hereby declare under penalty of perjury that the foregoing is true and accurate.

Dated: **March 23, 2020**              /s/Tasha Maria McKenzie
                                                                 Tasha Marie McKenzie