# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: culy | Date Created: 3/27/2020 |
| Case: 20–20364–JAD | Form ID: pdf900 | Total: 96 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          PNC Mortgage, a Division of PNC Bank, National Association
cr          TD Auto Finance LLC
15192396    Uplift, Inc.
                                                                            TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty         Albert G. Reese, Jr.        areese8897@aol.com
aty         James Warmbrodt             bkgroup@kmllawgroup.com
aty         Keri P. Ebeck               kebeck@bernsteinlaw.com
aty         Martin A. Mooney            kcollins@schillerknapp.com
aty         S. James Wallace            sjw@sjwpgh.com
                                                                            TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Tasha Marie McKenzie        111 Lycoming Drive      Coraopolis, PA 15108
cr          Duquesne Light Company      c/o Bernstein–Burkley, P.C.     707 Grant Street, Suite 2200, Gulf Tower       Pittsburgh, PA 15219
cr          Peoples Natural Gas Company LLC    c/o S. James Wallace, P.C.    845 N. Lincoln Ave.    Pittsburgh, PA 15233
15223602    AT&T        PO Box 6416     Carol Stream, IL 60197–6416
15192371    Aas Debt Recovery In        Pob 129     Monroeville, PA 15146
15223597    Aas Debt Recovery In        Pob 129     Monroeville, PA 15146
15192372    Allegent Community Fcu      1001 Liberty Ave Ste 100     Pittsburgh, PA 15222
15223598    Allegent Community Fcu      1001 Liberty Ave Ste 100     Pittsburgh, PA 15222
15223599    Allegheny Clinic Radio      PO Box 1198     Somerset, PA 15501
15223600    Allegheny General Anesthesia    PO Box 951915    Dept. 92667    Cleveland, OH 44193
15223601    Allegheny Health Network    PO Box 645266    Pittsburgh, PA 15264
15192373    Cap1/Justice        Capital One Retail Srvs/Attn: Bankruptcy    Po Box 30258    Salt Lake City, UT 84130
15223603    Cap1/Justice        Capital One Retail Srvs/Attn: Bankruptcy    Po Box 30258    Salt Lake City, UT 84130
15192374    Clearview Federal Credit Union      Attn: Bankruptcy    1453 Beers School Road    Coraopolis, PA 15108
15223604    Clearview Federal Credit Union      Attn: Bankruptcy    1453 Beers School Road    Coraopolis, PA 15108
15192375    Cnac – In101        12802 Hamilton Crossing Blvd.    Carmel, IN 46032
15223605    Cnac – In101        12802 Hamilton Crossing Blvd.    Carmel, IN 46032
15192376    Cnac – Pa112        1561 West Liberty     Pittsburgh, PA 15216
15223606    Cnac – Pa112        1561 West Liberty     Pittsburgh, PA 15216
15192377    Comenity Bank/Dress Barn        Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
15223607    Comenity Bank/Dress Barn        Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
15192378    Comenity Bank/Jared     Attn: Bankruptcy    Po Box 182273    Columbus, OH 43218
15223608    Comenity Bank/Jared     Attn: Bankruptcy    Po Box 182273    Columbus, OH 43218
15192379    ComenityBank/Venus      Attn: Bankruptcy Dept    Po Box 182273    Columbus, OH 43218
15223609    ComenityBank/Venus      Attn: Bankruptcy Dept    Po Box 182273    Columbus, OH 43218
15192380    Credit One Bank     Attn: Bankruptcy Department    Po Box 98873    Las Vegas, NV 89193
15223610    Credit One Bank     Attn: Bankruptcy Department    Po Box 98873    Las Vegas, NV 89193
15223613    Department of the Treasury      Internal Revenue Service    Cincinnati, OH 45999–0025
15223612    Department of the Treasury      Internal Revenue Service    Kansas City, MO 64999
15223611    Department of the Treasury      Internal Revenue Service    Philadelphia, PA 19255–0025
15223614    Duquesne Light CO       Payment Processing Center    PO Box 67    Pittsburgh, PA 15267
15192381    ECMC        Attn: Bankruptcy    111 Washington Ave South, Ste 1400    Minneapolis, MN 55401
15223615    ECMC        Attn: Bankruptcy    111 Washington Ave South, Ste 1400    Minneapolis, MN 55401
15192382    Equiant/Thousand Trails     Attn: Bankruptcy    5401 N Pima Rd, Ste 150    Scottsdale, AZ 85250
15223616    Equiant/Thousand Trails     Attn: Bankruptcy    5401 N Pima Rd, Ste 150    Scottsdale, AZ 85250
15192383    Fingerhut       Attn: Bankruptcy    Po Box 1250    Saint Cloud, MN 56395
15223617    Fingerhut       Attn: Bankruptcy    Po Box 1250    Saint Cloud, MN 56395
15192384    HC Processing Center    Attention Bankruptcy    Po Box 708970    Sandy, UT 84070
15223618    HC Processing Center    Attention Bankruptcy    Po Box 708970    Sandy, UT 84070
15223619    Honorable Bruce J. Boni     104 Linden Avenue    Mc Kees Rocks, PA 15136
15192385    JB Robinson/Sterling Jewelers       Attn: Bankruptcy    375 Ghent Rd    Akron, OH 44333
15223621    JB Robinson/Sterling Jewelers       Attn: Bankruptcy    375 Ghent Rd    Akron, OH 44333
15223620    Jason Chang     1810 East Sahara Ave.    Las Vegas, NV 89104
15223622    KML Law Group, PC       Mellon Independence Center–Suite 5000    701 Market Street    Philadelphia, PA 19106

| | | | | |
|---|---|---|---|---|
| 15223623 | Markovitz, Dugan, & Associates | 1001 East Entry Drive | Pittsburgh, PA 15216 | |
| 15223624 | Mary Lind | 1433 Rosedale Ave | Coraopolis, PA 15108 | |
| 15192386 | Monterey Collection Services | Attn: Bankruptcy | 4095 Avenida De La Plata | Oceanside, CA 92056 |
| 15223625 | Monterey Collection Services | Attn: Bankruptcy | 4095 Avenida De La Plata | Oceanside, CA 92056 |
| 15192387 | Monterey Financial Svc | Attn: Bankruptcy | 4095 Avenida De La Plata | Oceanside, CA 92056 |
| 15223626 | Monterey Financial Svc | Attn: Bankruptcy | 4095 Avenida De La Plata | Oceanside, CA 92056 |
| 15223627 | Moon Area School District | 8353 University Boulevard | Coraopolis, PA 15108 | |
| 15223628 | Moon Township Municipal Authority | 1700 Beaver Grade Road, Suite 200 | Coraopolis, PA 15108 | |
| 15223629 | Our Lady of Sacred Heart High School | 1504 Woodcrest Ave | Coraopolis, PA 15108 | |
| 15223630 | PA Turnpike Commission | Violation Processing Center | 300 East Park Drive | Harrisburg, PA 17111 |
| 15192389 | PNC Bank | Attn: Bankruptcy | Po Box 94982: Mailstop Br−Yb58−01−5 | Cleveland, OH 44101 |
| 15223633 | PNC Bank | Attn: Bankruptcy | Po Box 94982: Mailstop Br−Yb58−01−5 | Cleveland, OH 44101 |
| 15221913 | PNC Bank, N.A. | 3232 Newmark Drive | Miamisburg, OH 45342 | |
| 15223631 | Peoples Gas | PO Box 644760 | Pittsburgh, PA 15264 | |
| 15212308 | Peoples Natural Gas Company LLC | c/o S. James Wallace, P.C. | 845 N. Lincoln Avenue | Pittsburgh, PA 15233 |
| 15192388 | Petland/Comenity | Attn: Bankruptcy | Po Box 183043 | Columbus, OH 43218 |
| 15223632 | Petland/Comenity | Attn: Bankruptcy | Po Box 183043 | Columbus, OH 43218 |
| 15192390 | Pnc Mortgage | Attn: Bankruptcy | 3232 Newmark Drive | Miamisburg, OH 45342 |
| 15223634 | Pnc Mortgage | Attn: Bankruptcy | 3232 Newmark Drive | Miamisburg, OH 45342 |
| 15192391 | Portfolio Recovery | Attn: Bankruptcy | 120 Corporate Blvd | Norfold, VA 23502 |
| 15223635 | Portfolio Recovery | Attn: Bankruptcy | 120 Corporate Blvd | Norfold, VA 23502 |
| 15223636 | Sahara Business Center | 1810 E Sahara Ave | Las Vegas, NV 89104 | |
| 15192393 | Santander Consumer USA | Attn: Bankruptcy | 10−64−38−Fd7 601 Penn St | Reading, PA 19601 |
| 15223638 | Santander Consumer USA | Attn: Bankruptcy | 10−64−38−Fd7 601 Penn St | Reading, PA 19601 |
| 15192392 | Santander Consumer USA | Attn: Bankruptcy | 10−64−38−Fd7 601 Penn St | Reading, PA 19601 |
| 15223637 | Santander Consumer USA | Attn: Bankruptcy | 10−64−38−Fd7 601 Penn St | Reading, PA 19601 |
| 15201759 | Santander Consumer USA Inc. | ,an Illinois corporation | d/b/a Chrysler Capital | PO Box 961275    Fort Worth, TX 76161 |
| 15223639 | Small Business Financial Solutions, LLC | 4500 East West Highway, 6th Floor | Bethesda, MD 20814 | |
| 15223640 | Sonya Muleskov | 1810 E. Sahara Ave | Las Vegas, NV 89104 | |
| 15223641 | Sonya Muleskov | 480 Zia Del Foro | Henderson, NV 89011 | |
| 15223642 | Starpoint Resort Group | PO Box 78843 | Phoenix, AZ 85062 | |
| 15223643 | State Farm Mutual Automobile Insurance C | PO Box 89000 | Atlanta, GA 30356 | |
| 15223644 | Storage Express | 24 Furnace St. Ext. | Mc Kees Rocks, PA 15136 | |
| 15223645 | Store Express | 24 Furnace Street | Mc Kees Rocks, PA 15136 | |
| 15223646 | TD Auto Finace | PO Box 100295 | Columbia, SC 29202 | |
| 15222764 | TD Auto Finance LLC | c/o Schiller Knapp Lefkowitz & Hertzel LLP | 950 New Loudon Road | Latham New York 12110 |
| 15192394 | Td Auto Finance | Attn: Bankruptcy | Po Box 9223 | Farmington Hilss, MI 48333 |
| 15223647 | Td Auto Finance | Attn: Bankruptcy | Po Box 9223 | Farmington Hilss, MI 48333 |
| 15192395 | United Consumer Financial Services | Attn: Bankruptcy | 865 Bassett Rd | Westlake, OH 44145 |
| 15223648 | United Consumer Financial Services | Attn: Bankruptcy | 865 Bassett Rd | Westlake, OH 44145 |
| 15223649 | Vanessa M. Petty, Esq | 4500 East−West Hwy 6th Fl | Bethesda, MD 20814 | |
| 15200863 | Vive Financial | 380 Data Drive, Suite #200 | Draper UT, 84020 | |

TOTAL: 86