**Notice Recipients**

District/Off: 0315–2                     User: mgut                          Date Created: 3/30/2020
Case: 20–20364–JAD                  Form ID: pdf900                 Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15223641    Sonya Muleskov         480 Via Del Foro        Henderson, NV 89011

                                                                                    TOTAL: 1