| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Tasha Marie McKenzie** | Social Security number or ITIN | xxx–xx–6763 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 1/31/20 |
| Case number: | 20–20364–JAD | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tasha Marie McKenzie | |
| 2. | **All other names used in the last 8 years** | aka Tasha Marie McKenzie–Hayes | |
| 3. | **Address** | 111 Lycoming Drive<br>Coraopolis, PA 15108 | |
| 4. | **Debtor's attorney**<br>Name and address | Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235 | Contact phone 412–241–1697<br><br>Email: areese8897@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/27/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 8, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/7/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/10/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/29/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/8/20** at **09:00 AM**, Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-20364-JAD
Tasha Marie McKenzie                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy            Page 1 of 3            Date Rcvd: Mar 27, 2020
                              Form ID: 309I         Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
```
db          +Tasha Marie McKenzie,    111 Lycoming Drive,    Coraopolis, PA 15108-2407
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty         +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1945
aty         +Martin A. Mooney,    Schiller, Knapp, Lefkowitz & Hertzel LLP,    950 New Loudon Road,
              Suite 109,    Latham, NY 12110-2182
aty         +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr          +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15192371    +Aas Debt Recovery In,    Pob 129,    Monroeville, PA 15146-0129
15192372    +Allegent Community Fcu,    1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
15223599    +Allegheny Clinic Radio,    PO Box 1198,    Somerset, PA 15501-0336
15223600    +Allegheny General Anesthesia,    PO Box 951915,    Dept. 92667,    Cleveland, OH 44193-0021
15223601    +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15192373    +Cap1/Justice,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
              Salt Lake City, UT 84130-0258
15192374     Clearview Federal Credit Union,    Attn: Bankruptcy,    1453 Beers School Road,
              Coraopolis, PA 15108
15192376    +Cnac - Pa112,    1561 West Liberty,    Pittsburgh, PA 15226-1103
15223614    +Duquesne Light CO,    Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0067
15192382    +Equiant/Thousand Trails,    Attn: Bankruptcy,    5401 N Pima Rd, Ste 150,
              Scottsdale, AZ 85250-2630
15192384    +HC Processing Center,    Attention Bankruptcy,    Po Box 708970,    Sandy, UT 84070-8970
15223619    +Honorable Bruce J. Boni,    104 Linden Avenue,    Mc Kees Rocks, PA 15136-3505
15223620    +Jason Chang,    1810 East Sahara Ave.,    Las Vegas, NV 89104-3707
15223622    +KML Law Group, PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
              Philadelphia, PA 19106-1538
15223623    +Markovitz, Dugan, & Associates,    1001 East Entry Drive,    Pittsburgh, PA 15216-2946
15223624    +Mary Lind,    1433 Rosedale Ave,    Coraopolis, PA 15108-3049
15192386    +Monterey Collection Services,    Attn: Bankruptcy,    4095 Avenida De La Plata,
              Oceanside, CA 92056-5802
15192387    +Monterey Financial Svc,    Attn: Bankruptcy,    4095 Avenida De La Plata,
              Oceanside, CA 92056-5802
15223627    +Moon Area School District,    8353 University Boulevard,    Coraopolis, PA 15108-2597
15223628    +Moon Township Municipal Authority,    1700 Beaver Grade Road,,    Suite 200,
              Coraopolis, PA 15108-3109
15223629    +Our Lady of Sacred Heart High School,    1504 Woodcrest Ave,    Coraopolis, PA 15108-3054
15223630    +PA Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
              Harrisburg, PA 17111-2729
15192389    +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15221913    +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15223631    +Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
15212308    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
15192390    +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15223636    +Sahara Business Center,    1810 E Sahara Ave,    Las Vegas, NV 89104-3735
15192392    +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7 601 Penn St,
              Reading, PA 19601-3544
15223641    +Sonya Muleskov,    480 Zia Del Foro,    Henderson, NV 89011-0104
15223640    +Sonya Muleskov,    1810 E. Sahara Ave,    Las Vegas, NV 89104-3707
15223642    +Starpoint Resort Group,    PO Box 78843,    Phoenix, AZ 85062-8843
15223643    +State Farm Mutual Automobile Insurance C,    PO Box 89000,    Atlanta, GA 30356-9000
15223644    +Storage Express,    24 Furnace St. Ext.,    Mc Kees Rocks, PA 15136-3831
15223645    +Store Express,    24 Furnace Street,    Mc Kees Rocks, PA 15136-3831
15223646    +TD Auto Finace,    PO Box 100295,    Columbia, SC 29202-3295
15222764    +TD Auto Finance LLC,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
              Latham New York 12110-2100
15223649    +Vanessa M. Petty, Esq,    4500 East-West Hwy 6th Fl,    Bethesda, MD 20814-3327
15200863    +Vive Financial,    380 Data Drive, Suite #200,    Draper UT 84020-2361
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: areese8897@aol.com Mar 28 2020 03:47:01      Albert G. Reese, Jr.,
              Law Office of Albert G. Reese, Jr.,    640 Rodi Road, 2nd Floor, Suite 2,
              Pittsburgh, PA  15235
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:50:07      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 28 2020 03:50:19
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
cr          +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2020 03:50:54      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
```

```
District/off: 0315-2            User: culy                  Page 2 of 3                   Date Rcvd: Mar 27, 2020
                                Form ID: 309I               Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15223602       EDI: CINGMIDLAND.COM Mar 28 2020 07:18:00      AT&T,    PO Box 6416,
                 Carol Stream, IL 60197-6416
15192375      +E-mail/Text: bankruptcy@jdbyrider.com Mar 28 2020 03:51:03      Cnac - In101,
                 12802 Hamilton Crossing Blvd.,    Carmel, IN 46032-5424
15192377      +EDI: WFNNB.COM Mar 28 2020 07:23:00      Comenity Bank/Dress Barn,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15192378      +EDI: WFNNB.COM Mar 28 2020 07:23:00      Comenity Bank/Jared,    Attn: Bankruptcy,
                 Po Box 182273,    Columbus, OH 43218-2273
15192379      +EDI: WFNNB.COM Mar 28 2020 07:23:00      ComenityBank/Venus,    Attn: Bankruptcy Dept,
                 Po Box 182273,    Columbus, OH 43218-2273
15192380      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 28 2020 03:43:19      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15192381      +EDI: ECMC.COM Mar 28 2020 07:18:00      ECMC,    Attn: Bankruptcy,
                 111 Washington Ave South, Ste 1400,    Minneapolis, MN 55401-6800
15192383      +EDI: BLUESTEM Mar 28 2020 07:23:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
15223613       EDI: IRS.COM Mar 28 2020 07:23:00      Department of the Treasury,    Internal Revenue Service,
                 Cincinnati, OH 45999-0025
15192385      +E-mail/Text: BKRMailOPS@weltman.com Mar 28 2020 03:49:52      JB Robinson/Sterling Jewelers,
                 Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
15192391       EDI: PRA.COM Mar 28 2020 07:18:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
15192388      +EDI: WFNNB.COM Mar 28 2020 07:23:00      Petland/Comenity,    Attn: Bankruptcy,    Po Box 183043,
                 Columbus, OH 43218-3043
15201759      +EDI: CHRM.COM Mar 28 2020 07:23:00      Santander Consumer USA Inc.,    ,an Illinois corporation,
                 d/b/a Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
15223639      +E-mail/Text: collections@rapidadvance.com Mar 28 2020 03:50:51
                 Small Business Financial Solutions, LLC,    4500 East West Highway, 6th Floor,
                 Bethesda, MD 20814-3327
15192394      +EDI: CHRYSLER.COM Mar 28 2020 07:18:00      Td Auto Finance,    Attn: Bankruptcy,    Po Box 9223,
                 Farmington Hilss, MI 48331-9223
15192395      +E-mail/Text: EBankruptcy@UCFS.NET Mar 28 2020 03:51:07      United Consumer Financial Services,
                 Attn: Bankruptcy,    865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Mortgage, a Division of PNC Bank, National Ass
cr             TD Auto Finance LLC
15192396       Uplift, Inc.
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15223597*     +Aas Debt Recovery In,    Pob 129,    Monroeville, PA 15146-0129
15223598*     +Allegent Community Fcu,    1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
15223603*     +Cap1/Justice,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
15223604*      Clearview Federal Credit Union,    Attn: Bankruptcy,    1453 Beers School Road,
                 Coraopolis, PA 15108
15223605*     +Cnac - In101,    12802 Hamilton Crossing Blvd.,    Carmel, IN 46032-5424
15223606*     +Cnac - Pa112,    1561 West Liberty,    Pittsburgh, PA 15226-1103
15223607*     +Comenity Bank/Dress Barn,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15223608*     +Comenity Bank/Jared,    Attn: Bankruptcy,    Po Box 182273,    Columbus, OH 43218-2273
15223609*     +ComenityBank/Venus,    Attn: Bankruptcy Dept,    Po Box 182273,    Columbus, OH 43218-2273
15223610*     +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15223615*     +ECMC,    Attn: Bankruptcy,    111 Washington Ave South, Ste 1400,    Minneapolis, MN 55401-6800
15223616*     +Equiant/Thousand Trails,    Attn: Bankruptcy,    5401 N Pima Rd, Ste 150,
                 Scottsdale, AZ 85250-2630
15223617*     +Fingerhut,    Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15223618*     +HC Processing Center,    Attention Bankruptcy,    Po Box 708970,    Sandy, UT 84070-8970
15223612*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Department of the Treasury,    Internal Revenue Service,
                 Kansas City, MO 64999)
15223611*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Department of the Treasury,    Internal Revenue Service,
                 Philadelphia, PA 19255-0025)
15223621*     +JB Robinson/Sterling Jewelers,    Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
15223625*     +Monterey Collection Services,    Attn: Bankruptcy,    4095 Avenida De La Plata,
                 Oceanside, CA 92056-5802
15223626*     +Monterey Financial Svc,    Attn: Bankruptcy,    4095 Avenida De La Plata,
                 Oceanside, CA 92056-5802
15223633*     +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15223635*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
15223632*     +Petland/Comenity,    Attn: Bankruptcy,    Po Box 183043,    Columbus, OH 43218-3043
15223634*     +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
```

```
District/off: 0315-2           User: culy                  Page 3 of 3                  Date Rcvd: Mar 27, 2020
                               Form ID: 309I               Total Noticed: 65


              ***** BYPASSED RECIPIENTS (continued) *****
15192393*        +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                   Reading, PA 19601-3544
15223638*        +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                   Reading, PA 19601-3544
15223637*        +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                   Reading, PA 19601-3544
15223647*        +Td Auto Finance,    Attn: Bankruptcy,     Po Box 9223,    Farmington Hilss, MI 48333-9223
15223648*        +United Consumer Financial Services,    Attn: Bankruptcy,    865 Bassett Rd,
                   Westlake, OH 44145-1194
                                                                                          TOTALS: 3, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Tasha Marie McKenzie areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt     on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 7
```