**\*FILING FEE PAID\***   (Yes)  No

FILED
6/11/20 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: McKenzie                                (JAD)/TPA/CMB/GLT

Case Number: 20-20364

Date of Meeting: 6/8/20                            Recording #_____
Debtor(s) present ✓ or Not Present ___ (___No Payments Made or ___ partial payments)
Attorney for debtor(s) Reese                       (Present ✓ or Not Present ___ )
Date of Plan at § 341: _____    Applicable commitment period ___3 yrs ___5 yrs

- home health care provider -
business was closed down as
result of Covid 19 -
back working now
wants to keep home + car
important to keep home for 3 children
Retain storage lease
IRS reporting over 100K -
home MSK - 2017 →
117-900 → 116,150
need operating reports
Bus. quest.

___ Meeting HELD and CONCLUDED ✓
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD                    ___ Order to Show Cause Requested
                                        ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
✓ Amended Plan due: July 15, 2020  Objections due: July 31 - 2020-20
___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
✓ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting   OR ✓ Conciliation Conf. OR ___ *Contested Hearing
    On 8-6-20        at 1:00   am/(pm)  Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

**Trustee action:**

20-20364-JAD Tasha Marie McKenzie

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Pittsburgh) |
| Assets: y | Judge: JAD | |

## U.S. Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

Notice of Electronic Filing

The following transaction was received from vde13 entered on 6/10/2020 at 12:24 PM EDT and filed on 6/10/2020
**Case Name:** Tasha Marie McKenzie
**Case Number:** 20-20364-JAD
**Document Number:** 35

**Docket Text:**
Meeting of Creditors Chapter 13 Held and Concluded on 6/8/2020 Filed by Ronda J. Winnecour (RE: related document(s): [28] Meeting of Creditors Chapter 13 & 12). (vde13)

The following document(s) are associated with this transaction:

**20-20364-JAD Notice will be electronically mailed to:**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Township of Moon and Moon Area School District
jhunt@grblaw.com, cnoroski@grblaw.com

Martin A. Mooney on behalf of Creditor TD Auto Finance LLC
kcollins@schillerknapp.com, lgadomski@schillerknapp.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Tasha Marie McKenzie
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor PNC Mortgage, a Division of PNC Bank, National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**20-20364-JAD Notice will not be electronically mailed to:**