# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: msch | Date Created: 7/14/2020 |
| Case: 20−20364−JAD | Form ID: 202 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Albert G. Reese, Jr.   areese8897@aol.com

TOTAL: 1