**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tasha Marie McKenzie**
**aka Tasha Marie McKenzie–Hayes**
   Debtor(s)

Bankruptcy Case No.: 20−20364−JAD
Related To Doc. No. 47
Chapter: 13
Docket No.: 48 − 47
Conciliation Conference Date: 8/6/20 at 01:00 PM

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____     _____
                   (Date)                                     (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)