# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: msch | Date Created: 7/14/2020 |
| Case: 20–20364–JAD | Form ID: 150 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Albert G. Reese, Jr.    areese8897@aol.com

TOTAL: 1