**TASHA MCKENZIE-HAYES**
111 LYCOMING DR
CORAOPOLIS PA  15108-2407



For 24/7 account access: peopleseaccount.com

| Account Number | Date Prepared | Next Meter Reading | B |
|---|---|---|---|
| 68273 | Jul 2, 2020 | 08/31 - 09/01/2020 | 05 |

For General Information call 1-800-764-0111. For an Emergency call 1-800-400-4271. Avoid an estimate - call in a read between 07/31 and by 5 p.m. on 08/03/2020.

### Summary of Basic Charges

**Credits And Charges Since Your Last Bill**
| | |
|---|---|
| Balance from last bill | $550.59 |
| Late Payment Charge | 5.49 |
| **Balance** | **$556.08** |

**Current Charges**
**Residential (RS)(P)**
| | |
|---|---|
| Customer Charge - 1 Month | $14.50 |
| Commodity Charge $1.9000 per MCF | 4.75 |
| Delivery Charge | |
| 2.5 MCF @ $4.1360 | 10.34 |
| Capacity Charge $1.7120 per MCF | 4.28 |
| DSIC Surcharge 0.13% | .03 CR |
| State Tax Surcharge @ 0.10% | .01 |
| **Total Current Charges** | **$33.85** |
| **Total Account Balance** | **$589.93** |

Peoples current charges include $0.42 in state taxes.

Your PRICE TO COMPARE is $1.48 per MCF.

### Shopping Information Box

When shopping for gas with a Natural Gas Supplier please provide the following:
  Account Number: 210007768273
  Rate Schedule: Residential (RS)(P)
If you are already shopping, know your contract expiration date.

### Monthly Usage Comparison

| | 2019 | 2020 |
|---|---|---|
| Average Daily Temperature For This Billing Period | 69°F | 70°F |

Gas Use in MCF

[Bar chart: Feb, Mar, Apr, May, Jun 2020]

☐ Actual  ☐ Estimate  ■ Customer Read  ▨ Adjusted Usage

Average monthly use:   8.3 MCF
Total annual use:       41.7 MCF

### Billing Period And Meter Readings

| Date | Read Type | Reading | Difference |
|---|---|---|---|
| Meter Number | 14101301 | | |
| JUL 02, 2020 | Actual | 518.8 | 2.5 |
| JUN 02, 2020 | Actual | 516.3 | |
| MCF Used in 30 Days | | | 2.5 |

**Please Pay**   Account Balance of $589.93 by JUL 24, 2020 to avoid a Late Payment Charge of $5.99 (1.5% per month)

Effective April 1, 2020, the Distribution System Improvement Charge (DSIC) decreased from 0.00 % to -0.13 %. This charge funds the repair, improvement and replacement of natural gas pipelines and related infrastructure.
Help people without heat or light by donating to the Dollar Energy Fund. Please add $1 to your monthly gas payment.
You can pay this bill by Credit / Debit Card or Electronic Check. Call ACI Speedpay at 1-866-338-5491.
Service Fees Apply. Visit our website at www.peoples-gas.com for further information.

---

Please detach and return this coupon with a check made payable to Peoples.      TO MAKE ACCOUNT CHANGES ON BACK OF COUPON, CHECK BOX HERE. ☐

| DUE DATE | JUL 24, 2020 | Account No. | 2273 |
|---|---|---|---|
| $589.93 | | | |
| Account Balance | | Amount Enclosed | |

Take advantage of our Budget Payment Plan. Enjoy the convenience of paying a planned amount each month - a feature which is especially helpful during the winter. We periodically review budget accounts to adjust for any over or under payments.

10329                                      856000680622

TASHA MCKENZIE-HAYES
111 LYCOMING DR
CORAOPOLIS PA  15108-2407

Ex "A"

PEOPLES
PO BOX 644760
PITTSBURGH, PA 15264-4760

1000210007768273000000000338500000058993 1