**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 20-20364-JAD |
| | ) | |
| Tasha Marie McKenzie | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Tasha Maria McKenzie | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## Certificate of Service

I, Albert Green Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, FL.2, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and I am not a party to this case.

On **July 14, 2020,** I served the **Amended Plan and Court Order**, upon the U.S. Trustee's Office and all creditors listed below by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**20-20364-JAD Notice will be electronically mailed to:**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Township of Moon and Moon Area School District
jhunt@grblaw.com, cnoroski@grblaw.com

Martin A. Mooney on behalf of Creditor TD Auto Finance LLC
kcollins@schillerknapp.com, lgadomski@schillerknapp.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Tasha Marie McKenzie
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor PNC Mortgage, a Division of PNC Bank, National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**20-20364-JAD Notice will not be electronically mailed to:**

Ronda Winnecour, Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of The United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Aas Debt Recovery In
Pob 129
Monroeville, PA 15146

Allegent Community Fcu
1001 Liberty Ave Ste 100
Pittsburgh, PA 15222

Allegheny Clinic Radio
PO Box 1198
Somerset, PA 15501

Allegheny General Anesthesia
PO Box 951915
Dept. 92667
Cleveland, OH 44193

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264

AT&T
PO Box 6416
Carol Stream, IL 60197-6416

Cap1/Justice
Capital One Retail Srvs/Attn: Bankruptcy
Po Box 30258
Salt Lake City, UT 84130

Clearview Federal Credit Union

Attn: Bankruptcy
1453 Beers School Road
Coraopolis, PA 15108

Cnac - In101
12802 Hamilton Crossing Blvd.
Carmel, IN 46032

Cnac - Pa112
1561 West Liberty
Pittsburgh, PA 15216

Comenity Bank/Dress Barn
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Jared
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218

ComenityBank/Venus
Attn: Bankruptcy Dept
Po Box 182273
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0025

Duquesne Light CO
Payment Processing Center
PO Box 67
Pittsburgh, PA 15267

ECMC
Attn: Bankruptcy

111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

Equiant/Thousand Trails
Attn: Bankruptcy
5401 N Pima Rd, Ste 150
Scottsdale, AZ 85250

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

HC Processing Center
Attention Bankruptcy
Po Box 708970
Sandy, UT 84070

Honorable Bruce J. Boni
104 Linden Avenue
Mc Kees Rocks, PA 15136

Jason Chang
1810 East Sahara Ave.
Las Vegas, NV 89104

JB Robinson/Sterling Jewelers
Attn: Bankruptcy
375 Ghent Rd
Akron, OH 44333

KML Law Group, PC
Mellon Independence Center-Suite 5000
701 Market Street
Philadelphia, PA 19106

Markovitz, Dugan, & Associates
1001 East Entry Drive
Pittsburgh, PA 15216

Mary Lind
1433 Rosedale Ave
Coraopolis, PA 15108

Monterey Collection Services
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056

Monterey Financial Svc
Attn: Bankruptcy

4095 Avenida De La Plata
Oceanside, CA 92056

Moon Area School District
8353 University Boulevard
Coraopolis, PA 15108

Moon Township Municipal Authority
1700 Beaver Grade Road,
Suite 200
Coraopolis, PA 15108

Our Lady of Sacred Heart High School
1504 Woodcrest Ave
Coraopolis, PA 15108

PA Turnpike Commission
Violation Processing Center
300 East Park Drive
Harrisburg, PA 17111

Peoples Gas
PO Box 644760
Pittsburgh, PA 15264

Petland/Comenity
Attn: Bankruptcy
Po Box 183043
Columbus, OH 43218

PNC Bank
Attn: Bankruptcy
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101

Pnc Mortgage
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Sahara Business Center
1810 E Sahara Ave
Las Vegas, NV 89104

Santander Consumer USA
Attn: Bankruptcy

10-64-38-Fd7   601 Penn St
Reading, PA 19601

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7   601 Penn St
Reading, PA 19601

Small Business Financial Solutions, LLC
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Sonya Muleskov
1810 E. Sahara Ave
Las Vegas, NV 89104

Sonya Muleskov
480 Zia Del Foro
Henderson, NV 89011

Starpoint Resort Group
PO Box 78843
Phoenix, AZ 85062

State Farm Mutual Automobile Insurance C
PO Box 89000
Atlanta, GA 30356

Storage Express
24 Furnace St. Ext.
Mc Kees Rocks, PA 15136

Store Express
24 Furnace Street
Mc Kees Rocks, PA 15136

TD Auto Finace
PO Box 100295
Columbia, SC 29202

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hilss, MI 48333

United Consumer Financial Services
Attn: Bankruptcy
865 Bassett Rd
Westlake, OH 44145

Vanessa M. Petty, Esq
4500 East-West Hwy 6th Fl
Bethesda, MD 20814

**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
Attorney for Movant/Applicant
PA ID #93813
640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
(412) 241-1697(p)
(412) 241-1687(f)
areese8897@aol.com