Case 20-20364-JAD    Doc 66-1    Filed 08/04/20    Entered 08/04/20 14:55:59    Desc BNC
PDF Notice: Notice Recipients    Page 1 of 1

# Notice Recipients

District/Off: 0315–2         User: bsil            Date Created: 8/4/2020
Case: 20–20364–JAD           Form ID: pdf900       Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr  | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Albert G. Reese, Jr. | areese8897@aol.com |
| aty | S. James Wallace | sjw@sjwpgh.com |

TOTAL: 4