# Notice Recipients

District/Off: 0315–2    User: msch    Date Created: 8/11/2020
Case: 20–20364–JAD    Form ID: 149    Total: 109

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | | PNC Mortgage, a Division of PNC Bank, National Association |
| cr | | TD Auto Finance LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15256999 | | Sonya Muleshkov |
| 15192396 | | Uplift, Inc. |

TOTAL: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Albert G. Reese, Jr. | areese8897@aol.com |
| aty | James Warmbrodt | bkgroup@kmllawgroup.com |
| aty | Jeffrey R. Hunt | jhunt@grblaw.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |
| aty | Martin A. Mooney | kcollins@schillerknapp.com |
| aty | S. James Wallace | sjw@sjwpgh.com |
| aty | Samuel James Pasquarelli | sjp@sgkpc.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Tasha Marie McKenzie | 111 Lycoming Drive    Coraopolis, PA 15108 |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C.    707 Grant Street, Suite 2200, Gulf Tower    Pittsburgh, PA 15219 |
| cr | Peoples Natural Gas Company LLC | c/o S. James Wallace, P.C.    845 N. Lincoln Ave.    Pittsburgh, PA 15233 |
| cr | Township of Moon and Moon Area School District | GRB Law    437 Grant Street 14th Floor    Frick Building    Pittsburgh, PA 15219 UNITED STATES OF AMERICA |
| cr | Clearview Federal Credit Union | 8805 University Boulevard    Moon Township, PA 15108 |
| 15223602 | AT&T | PO Box 6416    Carol Stream, IL 60197−6416 |
| 15192371 | Aas Debt Recovery In | Pob 129    Monroeville, PA 15146 |
| 15223597 | Aas Debt Recovery In | Pob 129    Monroeville, PA 15146 |
| 15192372 | Allegent Community Fcu | 1001 Liberty Ave Ste 100    Pittsburgh, PA 15222 |
| 15223598 | Allegent Community Fcu | 1001 Liberty Ave Ste 100    Pittsburgh, PA 15222 |
| 15223599 | Allegheny Clinic Radio | PO Box 1198    Somerset, PA 15501 |
| 15223600 | Allegheny General Anesthesia | PO Box 951915    Dept. 92667    Cleveland, OH 44193 |
| 15223601 | Allegheny Health Network | PO Box 645266    Pittsburgh, PA 15264 |
| 15250086 | Brighton Music Center | c/o Karen L. Hughes, Esquire    AAS Debt Recovery Inc.    2526 Monroeville Blvd., Suite 205    Monroeville, PA 15146 |
| 15192373 | Cap1/Justice | Capital One Retail Srvs/Attn: Bankruptcy    Po Box 30258    Salt Lake City, UT 84130 |
| 15223603 | Cap1/Justice | Capital One Retail Srvs/Attn: Bankruptcy    Po Box 30258    Salt Lake City, UT 84130 |
| 15227041 | Clearview FCU | 8805 University Blvd.    Moon Township PA 15108 |
| 15192374 | Clearview Federal Credit Union | Attn: Bankruptcy    1453 Beers School Road    Coraopolis, PA 15108 |
| 15223604 | Clearview Federal Credit Union | Attn: Bankruptcy    1453 Beers School Road    Coraopolis, PA 15108 |
| 15192375 | Cnac − In101 | 12802 Hamilton Crossing Blvd.    Carmel, IN 46032 |
| 15223605 | Cnac − In101 | 12802 Hamilton Crossing Blvd.    Carmel, IN 46032 |
| 15192376 | Cnac − Pa112 | 1561 West Liberty    Pittsburgh, PA 15216 |
| 15223606 | Cnac − Pa112 | 1561 West Liberty    Pittsburgh, PA 15216 |
| 15192377 | Comenity Bank/Dress Barn | Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218 |
| 15223607 | Comenity Bank/Dress Barn | Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218 |
| 15192378 | Comenity Bank/Jared | Attn: Bankruptcy    Po Box 182273    Columbus, OH 43218 |
| 15223608 | Comenity Bank/Jared | Attn: Bankruptcy    Po Box 182273    Columbus, OH 43218 |
| 15192379 | ComenityBank/Venus | Attn: Bankruptcy Dept    Po Box 182273    Columbus, OH 43218 |
| 15223609 | ComenityBank/Venus | Attn: Bankruptcy Dept    Po Box 182273    Columbus, OH 43218 |
| 15192380 | Credit One Bank | Attn: Bankruptcy Department    Po Box 98873    Las Vegas, NV 89193 |
| 15223610 | Credit One Bank | Attn: Bankruptcy Department    Po Box 98873    Las Vegas, NV 89193 |
| 15223613 | Department of the Treasury | Internal Revenue Service    Cincinnati, OH 45999−0025 |
| 15223612 | Department of the Treasury | Internal Revenue Service    Kansas City, MO 64999 |
| 15223611 | Department of the Treasury | Internal Revenue Service    Philadelphia, PA 19255−0025 |
| 15223614 | Duquesne Light CO | Payment Processing Center    PO Box 67    Pittsburgh, PA 15267 |
| 15226932 | Duquesne Light Company | c/o Bernstein−Burkley, P.C.    707 Grant St., Suite 2200, Gulf Tower    Pittsburgh, PA 15219 |
| 15192381 | ECMC | Attn: Bankruptcy    111 Washington Ave South, Ste 1400    Minneapolis, MN 55401 |
| 15223615 | ECMC | Attn: Bankruptcy    111 Washington Ave South, Ste 1400    Minneapolis, MN 55401 |

| ID | Name | Address |
|---|---|---|
| 15192382 | Equiant/Thousand Trails | Attn: Bankruptcy    5401 N Pima Rd, Ste 150    Scottsdale, AZ 85250 |
| 15223616 | Equiant/Thousand Trails | Attn: Bankruptcy    5401 N Pima Rd, Ste 150    Scottsdale, AZ 85250 |
| 15192383 | Fingerhut | Attn: Bankruptcy    Po Box 1250    Saint Cloud, MN 56395 |
| 15223617 | Fingerhut | Attn: Bankruptcy    Po Box 1250    Saint Cloud, MN 56395 |
| 15249829 | First National Bank of Pennsylvania | c/o Karen L. Hughes, Esquire    AAS Debt Recovery Inc.    2526 Monroeville Blvd., Suite 205    Monroeville, PA 15146 |
| 15192384 | HC Processing Center | Attention Bankruptcy    Po Box 708970    Sandy, UT 84070 |
| 15223618 | HC Processing Center | Attention Bankruptcy    Po Box 708970    Sandy, UT 84070 |
| 15223619 | Honorable Bruce J. Boni | 104 Linden Avenue    Mc Kees Rocks, PA 15136 |
| 15192385 | JB Robinson/Sterling Jewelers | Attn: Bankruptcy    375 Ghent Rd    Akron, OH 44333 |
| 15223621 | JB Robinson/Sterling Jewelers | Attn: Bankruptcy    375 Ghent Rd    Akron, OH 44333 |
| 15223620 | Jason Chang | 1810 East Sahara Ave.    Las Vegas, NV 89104 |
| 15223622 | KML Law Group, PC | Mellon Independence Center–Suite 5000    701 Market Street    Philadelphia, PA 19106 |
| 15223623 | Markovitz, Dugan, & Associates | 1001 East Entry Drive    Pittsburgh, PA 15216 |
| 15223624 | Mary Lind | 1433 Rosedale Ave    Coraopolis, PA 15108 |
| 15192386 | Monterey Collection Services | Attn: Bankruptcy    4095 Avenida De La Plata    Oceanside, CA 92056 |
| 15223625 | Monterey Collection Services | Attn: Bankruptcy    4095 Avenida De La Plata    Oceanside, CA 92056 |
| 15192387 | Monterey Financial Svc | Attn: Bankruptcy    4095 Avenida De La Plata    Oceanside, CA 92056 |
| 15223626 | Monterey Financial Svc | Attn: Bankruptcy    4095 Avenida De La Plata    Oceanside, CA 92056 |
| 15223627 | Moon Area School District | 8353 University Boulevard    Coraopolis, PA 15108 |
| 15223628 | Moon Township Municipal Authority | 1700 Beaver Grade Road,    Suite 200    Coraopolis, PA 15108 |
| 15223629 | Our Lady of Sacred Heart High School | 1504 Woodcrest Ave    Coraopolis, PA 15108 |
| 15223630 | PA Turnpike Commission | Violation Processing Center    300 East Park Drive    Harrisburg, PA 17111 |
| 15192389 | PNC Bank | Attn: Bankruptcy    Po Box 94982: Mailstop Br–Yb58–01–5    Cleveland, OH 44101 |
| 15223633 | PNC Bank | Attn: Bankruptcy    Po Box 94982: Mailstop Br–Yb58–01–5    Cleveland, OH 44101 |
| 15221913 | PNC Bank, N.A. | 3232 Newmark Drive    Miamisburg, OH 45342 |
| 15269026 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946    Harrisburg, PA 17128–0946 |
| 15223631 | Peoples Gas | PO Box 644760    Pittsburgh, PA 15264 |
| 15212308 | Peoples Natural Gas Company LLC | c/o S. James Wallace, P.C.    845 N. Lincoln Avenue    Pittsburgh, PA 15233 |
| 15192388 | Petland/Comenity | Attn: Bankruptcy    Po Box 183043    Columbus, OH 43218 |
| 15223632 | Petland/Comenity | Attn: Bankruptcy    Po Box 183043    Columbus, OH 43218 |
| 15192390 | Pnc Mortgage | Attn: Bankruptcy    3232 Newmark Drive    Miamisburg, OH 45342 |
| 15223634 | Pnc Mortgage | Attn: Bankruptcy    3232 Newmark Drive    Miamisburg, OH 45342 |
| 15192391 | Portfolio Recovery | Attn: Bankruptcy    120 Corporate Blvd    Norfold, VA 23502 |
| 15223635 | Portfolio Recovery | Attn: Bankruptcy    120 Corporate Blvd    Norfold, VA 23502 |
| 15223636 | Sahara Business Center | 1810 E Sahara Ave    Las Vegas, NV 89104 |
| 15192393 | Santander Consumer USA | Attn: Bankruptcy    10–64–38–Fd7 601 Penn St    Reading, PA 19601 |
| 15223638 | Santander Consumer USA | Attn: Bankruptcy    10–64–38–Fd7 601 Penn St    Reading, PA 19601 |
| 15192392 | Santander Consumer USA | Attn: Bankruptcy    10–64–38–Fd7 601 Penn St    Reading, PA 19601 |
| 15223637 | Santander Consumer USA | Attn: Bankruptcy    10–64–38–Fd7 601 Penn St    Reading, PA 19601 |
| 15201759 | Santander Consumer USA Inc. | ,an Illinois corporation    d/b/a Chrysler Capital    PO Box 961275    Fort Worth, TX 76161 |
| 15223639 | Small Business Financial Solutions, LLC | c/o Michael Enroughty    4500 East West Highway, Floor 6    Bethesda, MD 20814 |
| 15229353 | Sonya Muleshkov | 480 Via Del Foro Dr.    HENDERSON, NV 89011–0104 |
| 15223640 | Sonya Muleskov | 1810 E. Sahara Ave.    Las Vegas, NV 89104 |
| 15223641 | Sonya Muleskov | 480 Via Del Foro    Henderson, NV 89011 |
| 15223642 | Starpoint Resort Group | PO Box 78843    Phoenix, AZ 85062 |
| 15223643 | State Farm Mutual Automobile Insurance C | PO Box 89000    Atlanta, GA 30356 |
| 15223644 | Storage Express | 24 Furnace St. Ext.    Mc Kees Rocks, PA 15136 |
| 15223645 | Store Express | 24 Furnace Street    Mc Kees Rocks, PA 15136 |
| 15223646 | TD Auto Finace | PO Box 100295    Columbia, SC 29202 |
| 15222764 | TD Auto Finance LLC | c/o Schiller Knapp Lefkowitz    & Hertzel LLP    950 New Loudon Road    Latham New York 12110 |
| 15192394 | Td Auto Finance | Attn: Bankruptcy    Po Box 9223    Farmington Hilss, MI 48333 |
| 15223647 | Td Auto Finance | Attn: Bankruptcy    Po Box 9223    Farmington Hilss, MI 48333 |
| 15251798 | Township of Moon and Moon Area School District | GRB Law    c/o Jeffrey R. Hunt, Esquire    437 Grant Street, 14th Floor    Frick Building    Pittsburgh PA 15219 |
| 15192395 | United Consumer Financial Services | Attn: Bankruptcy    865 Bassett Rd    Westlake, OH 44145 |
| 15223648 | United Consumer Financial Services | Attn: Bankruptcy    865 Bassett Rd    Westlake, OH 44145 |
| 15223649 | Vanessa M. Petty, Esq | 4500 East–West Hwy 6th Fl    Bethesda, MD 20814 |
| 15200863 | Vive Financial | 380 Data Drive, Suite #200    Draper UT, 84020 |

TOTAL: 95