Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tasha Marie McKenzie**
**aka Tasha Marie McKenzie–Hayes**
  Debtor(s)

Bankruptcy Case No.: 20–20364–JAD
Issued Per 8/6/2020 Proceeding
Chapter: 13
Docket No.: 68 – 47, 48
Concil. Conf.: September 10, 2020 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 14, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☒ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $2099 as of August–2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☒ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 10, 2020 at 01:00 PM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☒ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☒ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 13 of Township of Moon and Moon Area School District; Claim No. 8 of Department of Treasury, Internal Revenue Service; and Claim No. 14 of Pennsylvania Department of Revenue .

- ☒ H.  Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: TD Auto Finance LLC (Claim No. 5) payment determined by Trustee.

  Peoples Natural Gas Company to be paid per Order of 8–4–20 as priority administrative claim.

*(2.)* *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 11, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-20364-JAD
Tasha Marie McKenzie                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: msch                  Page 1 of 3              Date Rcvd: Aug 11, 2020
                                Form ID: 149                Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
```
db             +Tasha Marie McKenzie,   111 Lycoming Drive,   Coraopolis, PA 15108-2407
cr             +Township of Moon and Moon Area School District,    GRB Law,   437 Grant Street 14th Floor,
                Frick Building,   Pittsburgh, PA 15219,   UNITED STATES OF AMERICA 15219-6101
15192371       +Aas Debt Recovery In,   Pob 129,   Monroeville, PA 15146-0129
15192372       +Allegent Community Fcu,   1001 Liberty Ave Ste 100,   Pittsburgh, PA 15222-3715
15223599       +Allegheny Clinic Radio,   PO Box 1198,   Somerset, PA 15501-0336
15223600       +Allegheny General Anesthesia,   PO Box 951915,   Dept. 92667,   Cleveland, OH 44193-0021
15223601       +Allegheny Health Network,   PO Box 645266,   Pittsburgh, PA 15264-5250
15250086       +Brighton Music Center,   c/o Karen L. Hughes, Esquire,   AAS Debt Recovery Inc.,
                2526 Monroeville Blvd., Suite 205,   Monroeville, PA 15146-2371
15192373       +Cap1/Justice,   Capital One Retail Srvs/Attn: Bankruptcy,   Po Box 30258,
                Salt Lake City, UT 84130-0258
15192374        Clearview Federal Credit Union,   Attn: Bankruptcy,   1453 Beers School Road,
                Coraopolis, PA 15108
15192376       +Cnac - Pa112,   1561 West Liberty,   Pittsburgh, PA 15226-1103
15223614       +Duquesne Light CO,   Payment Processing Center,   PO Box 67,   Pittsburgh, PA 15267-0067
15192381       +ECMC,   Attn: Bankruptcy,   111 Washington Ave South, Ste 1400,   Minneapolis, MN 55401-6800
15192382       +Equiant/Thousand Trails,   Attn: Bankruptcy,   5401 N Pima Rd, Ste 150,
                Scottsdale, AZ 85250-2630
15249829       +First National Bank of Pennsylvania,   c/o Karen L. Hughes, Esquire,   AAS Debt Recovery Inc.,
                2526 Monroeville Blvd., Suite 205,   Monroeville, PA 15146-2371
15192384       +HC Processing Center,   Attention Bankruptcy,   Po Box 708970,   Sandy, UT 84070-8970
15223619       +Honorable Bruce J. Boni,   104 Linden Avenue,   Mc Kees Rocks, PA 15136-3505
15223620       +Jason Chang,   1810 East Sahara Ave.,   Las Vegas, NV 89104-3707
15223622       +KML Law Group, PC,   Mellon Independence Center-Suite 5000,   701 Market Street,
                Philadelphia, PA 19106-1538
15223623       +Markovitz, Dugan, & Associates,   1001 East Entry Drive,   Pittsburgh, PA 15216-2946
15223624       +Mary Lind,   1433 Rosedale Ave,   Coraopolis, PA 15108-3049
15192386       +Monterey Collection Services,   Attn: Bankruptcy,   4095 Avenida De La Plata,
                Oceanside, CA 92056-5802
15192387       +Monterey Financial Svc,   Attn: Bankruptcy,   4095 Avenida De La Plata,
                Oceanside, CA 92056-5802
15223627       +Moon Area School District,   8353 University Boulevard,   Coraopolis, PA 15108-2597
15223628       +Moon Township Municipal Authority,   1700 Beaver Grade Road,,   Suite 200,
                Coraopolis, PA 15108-3109
15223629       +Our Lady of Sacred Heart High School,   1504 Woodcrest Ave,   Coraopolis, PA 15108-3054
15223630       +PA Turnpike Commission,   Violation Processing Center,   300 East Park Drive,
                Harrisburg, PA 17111-2729
15192389       +PNC Bank,   Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
15221913       +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
15223631       +Peoples Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
15212308       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
15192390       +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
15223636       +Sahara Business Center,   1810 E Sahara Ave,   Las Vegas, NV 89104-3735
15192392       +Santander Consumer USA,   Attn: Bankruptcy,   10-64-38-Fd7 601 Penn St,
                Reading, PA 19601-3544
15201759       +Santander Consumer USA Inc.,   ,an Illinois corporation,   d/b/a Chrysler Capital,
                PO Box 961275,   Fort Worth, TX 76161-0275
15229353        Sonya Muleshkov,   480 Via Del Foro Dr.,   HENDERSON, NV 89011-0104
15223641       +Sonya Muleskov,   480 Via Del Foro,   Henderson, NV 89011-0104
15223640       +Sonya Muleskov,   1810 E. Sahara Ave,   Las Vegas, NV 89104-3707
15223642       +Starpoint Resort Group,   PO Box 78843,   Phoenix, AZ 85062-8843
15223643       +State Farm Mutual Automobile Insurance C,   PO Box 89000,   Atlanta, GA 30356-9000
15223644       +Storage Express,   24 Furnace St. Ext.,   Mc Kees Rocks, PA 15136-3831
15223645       +Store Express,   24 Furnace Street,   Mc Kees Rocks, PA 15136-3831
15223646       +TD Auto Finace,   PO Box 100295,   Columbia, SC 29202-3295
15222764       +TD Auto Finance LLC,   c/o Schiller Knapp Lefkowitz,   & Hertzel LLP,   950 New Loudon Road,
                Latham New York 12110-2100
15192394       +Td Auto Finance,   Attn: Bankruptcy,   Po Box 9223,   Farmington Hilss, MI 48333-9223
15251798       +Township of Moon and Moon Area School District,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh PA 15219-6101
15223649       +Vanessa M. Petty, Esq,   4500 East-West Hwy 6th Fl,   Bethesda, MD 20814-3327
15200863       +Vive Financial,   380 Data Drive, Suite #200,   Draper UT 84020-2361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy@clearviewfcu.org Aug 12 2020 04:31:11
                Clearview Federal Credit Union,   8805 University Boulevard,   Moon Township, PA 15108-4212
15223602        E-mail/Text: g20956@att.com Aug 12 2020 04:31:38    AT&T,   PO Box 6416,
                Carol Stream, IL 60197-6416
15227041       +E-mail/Text: bankruptcy@clearviewfcu.org Aug 12 2020 04:31:11    Clearview FCU,
                8805 University Blvd.,   Moon Township PA 15108-4212
15192375       +E-mail/Text: bankruptcy@jdbyrider.com Aug 12 2020 04:31:52    Cnac - In101,
                12802 Hamilton Crossing Blvd.,   Carmel, IN 46032-5424
```

```
District/off: 0315-2                  User: msch                    Page 2 of 3                  Date Rcvd: Aug 11, 2020
                                      Form ID: 149                  Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15192377       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 04:30:41      Comenity Bank/Dress Barn,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15192378       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 04:30:41      Comenity Bank/Jared,
                 Attn: Bankruptcy,    Po Box 182273,    Columbus, OH 43218-2273
15192379       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 04:30:41      ComenityBank/Venus,
                 Attn: Bankruptcy Dept,    Po Box 182273,    Columbus, OH 43218-2273
15192380       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 12 2020 04:32:34      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15226932       +E-mail/Text: kburkley@bernsteinlaw.com Aug 12 2020 04:31:47      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15192383       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 12 2020 04:31:39      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15223613        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 12 2020 04:30:35      Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0025
15192385       +E-mail/Text: BKRMailOPS@weltman.com Aug 12 2020 04:30:39      JB Robinson/Sterling Jewelers,
                 Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
15192391        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2020 04:43:42
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15269026        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2020 04:31:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
15192388       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 04:30:42      Petland/Comenity,
                 Attn: Bankruptcy,    Po Box 183043,    Columbus, OH 43218-3043
15223639       +E-mail/Text: collections@rapidadvance.com Aug 12 2020 04:31:42
                 Small Business Financial Solutions, LLC,    c/o Michael Enroughty,
                 4500 East West Highway, Floor 6,    Bethesda, MD 20814-3327
15192395       +E-mail/Text: EBankruptcy@UCFS.NET Aug 12 2020 04:31:57      United Consumer Financial Services,
                 Attn: Bankruptcy,    865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK, NATIONAL ASSOCIATION
cr             PNC Mortgage, a Division of PNC Bank, National Ass
cr             TD Auto Finance LLC
15256999       Sonya Muleshkov
15192396       Uplift, Inc.
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15223597*     +Aas Debt Recovery In,    Pob 129,   Monroeville, PA 15146-0129
15223598*     +Allegent Community Fcu,    1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
15223603*     +Cap1/Justice,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
15223604*      Clearview Federal Credit Union,    Attn: Bankruptcy,    1453 Beers School Road,
                 Coraopolis, PA 15108
15223605*     +Cnac - In101,    12802 Hamilton Crossing Blvd.,    Carmel, IN 46032-5424
15223606*     +Cnac - Pa112,    1561 West Liberty,    Pittsburgh, PA 15226-1103
15223607*     +Comenity Bank/Dress Barn,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15223608*     +Comenity Bank/Jared,    Attn: Bankruptcy,    Po Box 182273,    Columbus, OH 43218-2273
15223609*     +ComenityBank/Venus,    Attn: Bankruptcy Dept,    Po Box 182273,    Columbus, OH 43218-2273
15223610*     +Credit One Bank,    Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15223615*     +ECMC,   Attn: Bankruptcy,    111 Washington Ave South, Ste 1400,    Minneapolis, MN 55401-6800
15223616*     +Equiant/Thousand Trails,    Attn: Bankruptcy,    5401 N Pima Rd, Ste 150,
                 Scottsdale, AZ 85250-2630
15223617*     +Fingerhut,    Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
15223618*     +HC Processing Center,    Attention Bankruptcy,    Po Box 708970,    Sandy, UT 84070-8970
15223612*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury,    Internal Revenue Service,
                 Kansas City, MO 64999)
15223611*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury,    Internal Revenue Service,
                 Philadelphia, PA 19255-0025)
15223621*     +JB Robinson/Sterling Jewelers,    Attn: Bankruptcy,    375 Ghent Rd,    Akron, OH 44333-4601
15223625*     +Monterey Collection Services,    Attn: Bankruptcy,    4095 Avenida De La Plata,
                 Oceanside, CA 92056-5802
15223626*     +Monterey Financial Svc,    Attn: Bankruptcy,    4095 Avenida De La Plata,
                 Oceanside, CA 92056-5802
15223633*     +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15223635*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
15223632*     +Petland/Comenity,    Attn: Bankruptcy,    Po Box 183043,    Columbus, OH 43218-3043
15223634*     +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
```

```
District/off: 0315-2            User: msch                  Page 3 of 3                  Date Rcvd: Aug 11, 2020
                                Form ID: 149                Total Noticed: 65

            ***** BYPASSED RECIPIENTS (continued) *****
15192393*        +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                   Reading, PA 19601-3544
15223638*        +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                   Reading, PA 19601-3544
15223637*        +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                   Reading, PA 19601-3544
15223647*        +Td Auto Finance,    Attn: Bankruptcy,    Po Box 9223,    Farmington Hilss, MI 48333-9223
15223648*        +United Consumer Financial Services,    Attn: Bankruptcy,    865 Bassett Rd,
                   Westlake, OH 44145-1194
                                                                                              TOTALS: 5, * 30, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Tasha Marie McKenzie areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James  Warmbrodt     on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Moon and Moon Area School District
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               lgadomski@schillerknapp.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Samuel James Pasquarelli    on behalf of Creditor    Clearview Federal Credit Union sjp@sgkpc.com,
               pms@sgkpc.com
                                                                                             TOTAL: 10
```