LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

Attorneys for Creditor
Sonya Muleshkov

*Electronically Filed*
*Sept. 11, 2020*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVAIA

In re:

TASHA MARIE MCKENZIE AKA TASHA MARIE MCKENZIE-HAYES,

Debtor.

Case No.: 20-20364-JAD

Chapter 13

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

    Louis M. Bubala III
    KAEMPFER CROWELL
    50 W. Liberty Street, Suite 700
    Reno, Nevada 89501
    Telephone: (775) 852-3900
    Email: lbubala@kcnvlaw.com

DATED: April 17, 2020

KAEMPFER CROWELL

By: */s/ Louis M. Bubala III*
Louis M. Bubala III

2628483_1.docx  19418.1

Page 1 of 1