# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** TASHA MARIE MCKENZIE
- **Case Number:** 20-20364-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 10, 2020 01:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/12/20 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#47 - Continued Confirmation of Amended Plan Dated 7/14/2020 (NFC)
R / M #: 47 / 0

**Appearances:**

- Debtor: Reese
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Jim Wallace for Peoples Natural Gas
  Sam Pasquarelli for Clearview Federal Credit Union
  Louis Bukala for Mulesh Kov & Angel Mulesh Kov

**Proceedings:**

**Outcome:**

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 10/29/20
   Objections are due on or before 11/19/20
   A hearing on the Amended Plan is set for 12/3/20 at 1:30 pm.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

IRS claim includes Estimated amounts for 2018 & 2018 — To Be addressed in Amended plan

(1) Need to know Debtor's intentions regarding collateral for Brighton Music Center claims & for Small Business Solutions (cl #10-2)

(2) pending valuation issue on Clearview FCU collateral. If not settled in 2 weeks, Debtor to file 506.

9/2/2020   4:59:20 PM