FILED
11/2/20 5:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 20-20364-JAD |
| TASHA MARIE MCKENZIE AKA MARIE MCKENZIE-HAYES, | ) ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Doc. No. 79 |
| | ) | |
| TD AUTO FINANCE LLC, | ) | Related to Doc. No. 39 |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TASHA MARIE MCKENZIE AKA MARIE MCKENZIE-HAYES, | ) ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING STIPULATION RESOLVING
MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this <u>2nd</u> day of <u>November</u>, 2020, the terms and conditions of the Certification of Counsel and Stipulation filed at Doc. No. 79, Resolving the Motion For Relief From Automatic Stay filed by TD Auto Finance, LLC at Doc. No. 39, are APPROVED by the Court.

Hon. Jeffery A. Deller    mas
United States Bankruptcy Judge
Western District of Pennsylvania

CASE ADMINISTRATOR SHALL SERVE:
Martin A. Mooney, Esquire
Albert G. Reese, Jr., Esqiore
James C. Warmbrodt, Esquire
Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20364-JAD |
| Tasha Marie McKenzie | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Nov 02, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tasha Marie McKenzie, 111 Lycoming Drive, Coraopolis, PA 15108-2407 |
| | + | Office of the Ch. 13 Trustee, ATTN: James Warmbrodt, Esq., 3250 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Tasha Marie McKenzie areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Moon and Moon Area School District jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Nov 02, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Martin A. Mooney
    on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Samuel James Pasquarelli
    on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com pms@sgkpc.com

Sonya Muleshkov
    muleshko@unlv.nevada.edu

TOTAL: 11