# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | TASHA MARIE MCKENZIE |
| **Case Number:** | 20-20364-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 03, 2020 01:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/4/20 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#82 - Confirmation of Amended Plan Dated 10/29/2020 (w/ COS) [Due by 10/29/2020]
+ Objection By: Clearview FCU
+ Objection By: Peoples Natural Gas Company
+ Objection By: IRS

R / M #:  82 / 0

### Appearances:

Debtor: Reese

Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)

Creditor: Jeff Hunt: Peoples Gas, Moon Township    Sonya Muleskov: Claim a creditor
Jill Locnikar: IRS
Sam Pasquarelli: Clearview FCU

### Proceedings:

**Outcome:**

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ____ Plan/Motion continued to ____ at ____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by _1-22-21_.
   Objections are due on or before _2-5-21_.
   A hearing on the Amended Plan is set for _2-25-21_ at _2:00_.
9. ____ Contested Hearing: ____ at ____.
10. ____ Other: