**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 20-20364-JAD |
| | ) | |
| Tasha Marie McKenzie | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| Tasha Maria McKenzie | ) | |
|    Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent | ) | |

**DOCUMENTED PROOF OF PAYMENT**

