**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  20-20364-JAD |
| | ) | |
| Tasha Marie McKenzie | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Doc. No.: |
| | ) | |
| Tasha Marie McKenzie | ) | Hearing Date & Time: April 14, 2021 |
| Movant | ) | @ 10:00 a.m. |
| | ) | |
| v. | ) | |
| | ) | |
| PNC Bank, N.A. | ) | |
| Respondent | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR LATE ADMITTANCE INTO LOSS MITIGATION PROGRAM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Late Admittance into Loss Mitigation Program, filed on March 8, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Late Admittance into Loss Mitigation Program appears thereon. Pursuant to the Notice of Hearing, a response to the Motion for Late Admittance into Loss Mitigation Program was to be filed and served no later than March 25, 2021.

It is hereby respectfully requested that the Order attached to the Motion Requesting Permission For Late Filing Of Entry Of Debtor Into Loss Mitigation be entered by the Court.

Dated: **March 26, 2021**                                    By: **/s/ Albert G. Reese, Jr., Esq.**
                                                                                    Albert G. Reese, Jr., Esq.
                                                                                    PA ID #93813
                                                                                    Law Office of Albert G. Reese, Jr.
                                                                                    640 Rodi Road, FL. 2, Suite 2
                                                                                    Pittsburgh, PA 15235
                                                                                    412-241-1697 (telephone)
                                                                                    412-241-1687 (fax)
                                                                                    areese8897@aol.com
                                                                                    Attorney for Debtor