IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.  20-20364-JAD |
| | : | |
| Tasha Marie McKenzie | : | Chapter 13 |
| Debtors | : | |
| | : | Doc. No.: |
| | : | |
| Tasha Marie McKenzie | : | Hearing Date & Time: |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| PNC Bank, N.A. | : | |
| Respondent | : | |

## NOTICE OF REQUEST FOR LOSS MITIGATION

1. The Debtor in this case hereby request the commencement of the Court's *Loss Mitigation Program* (LMP) as set forth in *W.PA.LBR 9020-1 through 9020-7* with respect to property located at: 111 Lycoming Drive; Coraopolis, PA 15108.

2. The Creditor is PNC Bank, N.A. and is registered on the Portal.

3. The Creditor is the holder of a first mortgage.

4. A *Certification of LMP Eligibility and Readiness* (Local Bankruptcy Form 40) and a *Proposed Loss Mitigation Order* (Local Bankruptcy Form 41) are attached to this Motion pursuant to *W.PA.LBR 9020-2(c)*.

5. Pursuant to *W.PA.LBR 9020-2(d)*, any objection to the relief requested herein must be filed within fourteen (14) days of service of the Motion.

Date: April 17, 2021        Signed: /s/ Tasha Marie McKenzie
                                    Tasha Marie McKenzie

**/s/Albert G. Reese, Jr., Esq.**
Albert G. Reese Jr., Esq.
640 Rodi Road, 2nd Floor Ste. 2
Pittsburgh, PA 15235
Phone: 412-241-1697
Fax: 412-241-1687
Areese8897@aol.com
P.A. I.D. #98313