IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-20364-JAD |
| | : | |
| Tasha Marie McKenzie | : | Chapter 13 |
|     Debtors | : | |
| | : | Doc. No.: |
| | : | |
| Tasha Marie McKenzie | : | Hearing Date & Time: |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| PNC Bank, N.A. | : | |
|     Respondent | : | |

## AMENDED PROPOSED LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by *Debtor* on April 29, 2021. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this _____ day of _____, 20_____, it is hereby **ORDERED** that:

(1)  The following parties are directed to participate in the Court's ***Loss Mitigation Program (LMP)*** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtor:    <u>Tasha Marie McKenzie</u>
    Creditor:    <u>PNC Bank, N.A.</u>

(2)  ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $1,124.24 per month to the Creditor, PNC Bank, N.A. or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)  ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)  ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)  ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)  ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7) **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8) **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9) Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

                                                                           _____
                                                                           The Honorable Jeffery A. Deller
                                                                           United States Bankruptcy Judge