Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Tasha Marie McKenzie** | : | Case No. 20−20364−JAD |
| **aka Tasha Marie McKenzie−Hayes** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related To ECF Nos. 121, 91 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 24th of June, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tasha Marie McKenzie  
    Debtor

Case No. 20-20364-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 4  
Date Rcvd: Jun 24, 2021      Form ID: 309      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tasha Marie McKenzie, 111 Lycoming Drive, Coraopolis, PA 15108-2407 |
| cr | + | Township of Moon and Moon Area School District, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15192371 | + | Aas Debt Recovery In, Pob 129, Monroeville, PA 15146-0129 |
| 15192372 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 15223599 | + | Allegheny Clinic Radio, PO Box 1198, Somerset, PA 15501-0336 |
| 15223600 | + | Allegheny General Anesthesia, PO Box 951915, Dept. 92667, Cleveland, OH 44193-0021 |
| 15223601 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15250086 | + | Brighton Music Center, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15192373 | + | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15192374 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15192376 | + | Cnac - Pa112, 1561 West Liberty, Pittsburgh, PA 15226-1103 |
| 15223614 | + | Duquesne Light CO, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15192382 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 15249829 | + | First National Bank of Pennsylvania, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15192384 | + | HC Processing Center, Attention Bankruptcy, Po Box 708970, Sandy, UT 84070-8777 |
| 15223619 | + | Honorable Bruce J. Boni, 104 Linden Avenue, Mc Kees Rocks, PA 15136-3505 |
| 15223620 | + | Jason Chang, 1810 East Sahara Ave., Las Vegas, NV 89104-3707 |
| 15223622 | + | KML Law Group, PC, Mellon Independence Center-Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15287021 | + | Louis M. Bubala III, Kaempfer Crowell, 50 W. Liberty St., Ste. 700, Reno, NV 89501-1947 |
| 15223623 | + | Markovitz, Dugan, & Associates, 1001 East Entry Drive, Pittsburgh, PA 15216-2946 |
| 15223624 | + | Mary Lind, 1433 Rosedale Ave, Coraopolis, PA 15108-3049 |
| 15192386 | + | Monterey Collection Services, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15192387 | + | Monterey Financial Svc, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15223627 | + | Moon Area School District, 8353 University Boulevard, Coraopolis, PA 15108-2597 |
| 15223628 | + | Moon Township Municipal Authority, 1700 Beaver Grade Road,, Suite 200, Coraopolis, PA 15108-3109 |
| 15223629 | + | Our Lady of Sacred Heart High School, 1504 Woodcrest Ave, Coraopolis, PA 15108-3054 |
| 15223630 | + | PA Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15223631 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15212308 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15223636 | + | Sahara Business Center, 1810 E Sahara Ave, Las Vegas, NV 89104-3735 |
| 15192392 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15229353 | | Sonya Muleshkov, 480 Via Del Foro Dr., HENDERSON, NV 89011-0104 |
| 15223641 | + | Sonya Muleskov, 480 Via Del Foro, Henderson, NV 89011-0104 |
| 15223640 | + | Sonya Muleskov, 1810 E. Sahara Ave, Las Vegas, NV 89104-3707 |
| 15223642 | + | Starpoint Resort Group, PO Box 78843, Phoenix, AZ 85062-8843 |
| 15223643 | + | State Farm Mutual Automobile Insurance C, PO Box 89000, Atlanta, GA 30356-9000 |
| 15223644 | + | Storage Express, 24 Furnace St. Ext., Mc Kees Rocks, PA 15136-3831 |
| 15223645 | + | Store Express, 24 Furnace Street, Mc Kees Rocks, PA 15136-3831 |
| 15222764 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 15251798 | + | Township of Moon and Moon Area School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15223649 | + | Vanessa M. Petty, Esq, 4500 East-West Hwy 6th Fl, Bethesda, MD 20814-3327 |

| District/off: 0315-2 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 309 | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| 15200863 | + | Vive Financial, 380 Data Drive, Suite #200, Draper UT 84020-2361 | |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 24 2021 23:37:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15223602 | | EDI: CINGMIDLAND.COM | Jun 25 2021 03:33:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15227041 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 24 2021 23:37:00 | Clearview FCU, 8805 University Blvd., Moon Township PA 15108-4212 |
| 15192375 | + | Email/Text: bankruptcy@jdbyrider.com | Jun 24 2021 23:37:00 | Cnac - In101, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 15192377 | + | EDI: WFNNB.COM | Jun 25 2021 03:33:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15192378 | + | EDI: WFNNB.COM | Jun 25 2021 03:33:00 | Comenity Bank/Jared, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15192379 | + | EDI: WFNNB.COM | Jun 25 2021 03:33:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 15192380 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2021 23:49:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15226932 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 24 2021 23:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15192381 | + | EDI: ECMC.COM | Jun 25 2021 03:33:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 15192383 | + | EDI: BLUESTEM | Jun 25 2021 03:33:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 15223613 | | EDI: IRS.COM | Jun 25 2021 03:33:00 | Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0025 |
| 15192385 | + | Email/Text: BKRMailOPS@weltman.com | Jun 24 2021 23:36:00 | JB Robinson/Sterling Jewelers, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 15192389 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2021 23:36:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15221913 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2021 23:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15192390 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2021 23:36:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15192391 | | EDI: PRA.COM | Jun 25 2021 03:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15269026 | | EDI: PENNDEPTREV | Jun 25 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15269026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2021 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15192388 | + | EDI: WFNNB.COM | Jun 25 2021 03:33:00 | Petland/Comenity, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 15201759 | + | EDI: CHRM.COM | Jun 25 2021 03:33:00 | Santander Consumer USA Inc., ,an Illinois corporation, d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |

Case 20-20364-JAD  Doc 122  Filed 06/26/21  Entered 06/27/21 00:27:06  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 309 | Total Noticed: 67 |

| 15223639 | + Email/Text: collections@rapidadvance.com | | |
|---|---|---|---|
| | | Jun 24 2021 23:37:00 | Small Business Financial Solutions, LLC, c/o Michael Enroughty, 4500 East West Highway, Floor 6, Bethesda, MD 20814-3327 |
| 15223646 | + EDI: LCITDAUTO | | |
| | | Jun 25 2021 03:33:00 | TD Auto Finace, PO Box 100295, Columbia, SC 29202-3295 |
| 15192394 | + EDI: LCITDAUTO | | |
| | | Jun 25 2021 03:33:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 15192395 | + Email/Text: EBankruptcy@UCFS.NET | | |
| | | Jun 24 2021 23:37:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Mortgage, a Division of PNC Bank, National Ass |
| cr | | TD Auto Finance LLC |
| 15256999 | | Sonya Muleshkov |
| 15192396 | | Uplift, Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15223597 | *+ | Aas Debt Recovery In, Pob 129, Monroeville, PA 15146-0129 |
| 15223598 | *+ | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 15223603 | *+ | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15223604 | * | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15223605 | *+ | Cnac - In101, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 15223606 | *+ | Cnac - Pa112, 1561 West Liberty, Pittsburgh, PA 15226-1103 |
| 15223607 | *+ | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15223608 | *+ | Comenity Bank/Jared, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15223609 | *+ | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 15223610 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15223615 | *+ | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 15223616 | *+ | Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 15223617 | *+ | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 15223618 | *+ | HC Processing Center, Attention Bankruptcy, Po Box 708970, Sandy, UT 84070-8777 |
| 15223612 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, Kansas City, MO 64999 |
| 15223611 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, Philadelphia, PA 19255-0025 |
| 15223621 | *+ | JB Robinson/Sterling Jewelers, Attn: Bankruptcy, 375 Ghent Rd, Akron, OH 44333-4601 |
| 15223625 | *+ | Monterey Collection Services, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15223626 | *+ | Monterey Financial Svc, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15223633 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15223634 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15223635 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15223632 | *+ | Petland/Comenity, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 15192393 | *+ | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15223638 | *+ | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15223637 | *+ | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15223647 | *+ | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 15223648 | *+ | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 5 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 4 of 4 |
| Date Rcvd: Jun 24, 2021 | Form ID: 309 | Total Noticed: 67 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Tasha Marie McKenzie areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Moon and Moon Area School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com  lgadomski@schillerknapp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Samuel James Pasquarelli | on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com |
| Sonya Muleshkov | muleshko@unlv.nevada.edu |

TOTAL: 13