**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TASHA MARIE MCKENZIE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20364 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2020 and confirmed on 08/11/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,999.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,999.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,836.49 | |
|    Trustee Fee | 1,448.92 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,285.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 11,322.79 | 0.00 | 11,322.79 |
|     Acct: 5132 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5132 | | | | |
|   PNC BANK NA | 10,028.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 5132 | | | | |
|   JASON CHANG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STORAGE EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 12,105.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 6763 | | | | |
|   SMALL BUSINESS FINANCIAL SOLUTIONS | 12,072.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 1793 | | | | |
|   BRIGHTON MUSIC CENTER | 1,539.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1468 | | | | |
|   BRIGHTON MUSIC CENTER | 1,119.15 | 0.00 | 0.00 | 0.00 |
|     Acct: 1468 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PA DEPARTMENT OF REVENUE* | 13,766.17 | 0.00 | 0.00 | 0.00 |
| Acct: 6763 | | | | |
| CLEARVIEW FCU** | 13,625.00 | 267.35 | 817.47 | 1,084.82 |
| Acct: 5789 | | | | |
| TD AUTO FINANCE | 18,540.20 | 2,448.56 | 1,098.13 | 3,546.69 |
| Acct: 6403 | | | | |
| | | | | 15,954.30 |
| **Priority** | | | | |
| ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TASHA MARIE MCKENZIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 4,090.00 | 2,836.49 | 0.00 | 0.00 |
| Acct: | | | | |
| SONYA MULESHKOV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6763 | | | | |
| INTERNAL REVENUE SERVICE* | 82,218.42 | 0.00 | 0.00 | 0.00 |
| Acct: 6763 | | | | |
| MOON ASD & MOON TOWNSHIP (EIT) | 15,363.70 | 0.00 | 0.00 | 0.00 |
| Acct: 6763 | | | | |
| PA DEPARTMENT OF REVENUE* | 5,457.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6763 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 759.29 | 0.00 | 759.29 |
| Acct: 8273 | | | | |
| | | | | 759.29 |
| **Unsecured** | | | | |
| ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8401 | | | | |
| ALLEGHENY CLINIC RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6569 | | | | |
| ALLEGHENY GENERAL ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6349 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5138 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5138 | | | | |
| ATT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7736 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7440 | | | | |
| CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2581 | | | | |
| CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7507 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5162 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7145 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4859 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7709 | | | | |
| DUQUESNE LIGHT COMPANY* | 885.86 | 0.00 | 0.00 | 0.00 |
| Acct: 5245 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7631 | | | | |
| EQUIANT FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5417 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9774 | | | | |
| VIVE FINANCIAL | 3,629.61 | 0.00 | 0.00 | 0.00 |
| Acct: 5480 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2019 | | | | |
| JB ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0183 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5132 | | | | |
| MARKOVITZ DUGAN AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3400 | | | | |
| MARY LIND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY LIND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9271 | | | | |
| MONTEREY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6026 | | | | |
| MOON AREA SD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOON TOWNSHIP WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8100 | | | | |
| OUR LADY OF THE SACRED HEART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA TURNPIKE COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8639 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 550.66 | 0.00 | 0.00 | 0.00 |
| Acct: 6106 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2273 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6581 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2273 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8670 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0628 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9878 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 5,712.27 | 0.00 | 0.00 | 0.00 |
| Acct: 3056 | | | | |
| SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| US SMALL BUSINESS ADMINISTRATION (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 270V | | | | |
| SONYA MULESHKOV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STARPOINT RESORT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6417 | | | | |
| STATE FARM MUTUAL AUTO INSR CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 138A | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 20-20364 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SCHILLER KNAPP LEFKOWITZ & HERTZEL | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    BRIGHTON MUSIC CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1468 | | | | |
|    BRIGHTON MUSIC CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1468 | | | | |
|    STORAGE EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: E062 | | | | |
|    UNITED CONSUMER FINANCIAL SRVS | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 6366 | | | | |
|    UPLIFT | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 3046 | | | | |
|    UPLIFT | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4575 | | | | |
|    VANESSA PETTY | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SAHARA BUSINESS CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CLEARVIEW FCU** | 12,436.46 | 0.00 | 0.00 | 0.00 |
|      Acct: 5789 | | | | |
|    INTERNAL REVENUE SERVICE* | 23,152.52 | 0.00 | 0.00 | 0.00 |
|      Acct: 6763 | | | | |
|    PA DEPARTMENT OF REVENUE* | 1,454.44 | 0.00 | 0.00 | 0.00 |
|      Acct: 6763 | | | | |
|    SONYA MULESHKOV | 14,455.55 | 0.00 | 0.00 | 0.00 |
|      Acct: 6763 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 16,713.59 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            103,039.77
SECURED             82,795.52
UNSECURED        62.277.37

Date: 07/06/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com